868

No. 329, Misc. CORBIN *v.* BANMILLER, WARDEN;

No. 341, Misc. KELLY *v.* HERITAGE, WARDEN;

No. 366, Misc. RICH *v.* HERITAGE, WARDEN;

No. 375, Misc. BUTLER *v.* COCHRAN, CORRECTIONS DIRECTOR;

No. 378, Misc. FULFORD *v.* FLORIDA;

No. 391, Misc. TAYLOR *v.* COCHRAN, CORRECTIONS DIRECTOR; and

No. 406, Misc. MORGAN *v.* McNEILL, STATE HOSPITAL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 93, Misc. GATCHELL *v.* COCHRAN, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 362, Misc. ´SKELTON *v.* WHITTIER, ADMINISTRATOR OF VETERANS AFFAIRS; and

No. 468, Misc. SIMONS *v.* SUPREME COURT OF NORTH DAKOTA ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 359, Misc. SULLIVAN *v.* DICKSON, WARDEN. Motion for leave to file petition for writ of injunction and other relief denied.

No. 236. MAPP *v.* OHIO. Appeal from the Supreme Court of Ohio. Probable jurisdiction noted. *A. L. Kearns* and *Walter L. Greene* for appellant. *John T. Corrigan* for appellee.